Michael D. Peterson, Esq. (SBN: 285818)
**M.D. PETERSON LAW GROUP**
16200 Ventura Blvd. Ste. 416
Encino, California 91436
Tel: (800) 520-1494
Fax: (818) 724-7861
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLINE TAPIA, as Executor of the Estate of DR. ROBERT S. KENT,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH P. ROMANCE, an individual, et al.,<br><br>Defendants. | CASE NO. 1:18-cv-00179 LJO JLT<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br>(Doc. 7) |

1. Plaintiff **SHALL** file the amended complaint **no later than May 4, 2018**;

2. The request to continue the scheduling conference is **GRANTED**. The scheduling conference is **CONTINUED** to June 22, 2018 at 8:45 a.m.

**IT IS SO ORDERED.**

Dated: **April 19, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE