# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLINE TAPIA, as Executor of the Estate of DR. ROBERT S. KENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH P. ROMANCE, et al., <br><br> Defendants. | Case No. 1:18-cv-00179 LJO JLT <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TIME TO SERVE THE SUMMONS AND COMPLAINT** <br><br> (Doc. 9) |

Plaintiff's request to extend the deadline to serve the defendants is **GRANTED**. Plaintiff **SHALL** serve the summonses and complaint no later than June 4, 2018.

IT IS SO ORDERED.

Dated: __May 2, 2018__    __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE