# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOLINE TAPIA, as Executor of the Estate of DR. ROBERT S. KENT,** | 1:18-cv-00179-LJO-JLT |
| **Plaintiff,** | **DECISION AND ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 23)** |
| v. | |
| **JOSEPH S. ROMANCE, et al.,** | |
| **Defendants.** | |

Plaintiff filed his complaint in this matter on February 4, 2018. ECF No. 1. On June 12, 2018, Defendant filed a motion to dismiss. ECF No. 18. On August 1, 2018, the Court granted the motion to dismiss and ordered Plaintiff's former attorney, Joseph Gonzalez, to show cause why he should not be subject to sanctions under Federal Rule of Civil Procedure 11 for filing a complaint alleging criminal causes of action in this civil matter. ECF No. 23. Mr. Gonzalez filed a response on August 24, 2018, ECF No. 26, which the Court has reviewed. The Court deems Mr. Gonzalez's explanation reasonable, and accepts that he had no intention of slighting either the law or this Court. Accordingly, the August 1, 2018, order to show cause is DISCHARGED. The case is and shall remain closed.

IT IS SO ORDERED.

    Dated: __**August 30, 2018**__            __/s/ Lawrence J. O'Neill__
                                                          UNITED STATES CHIEF DISTRICT JUDGE